**Order entered September 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00887-CV

## IN RE ALEX NEAL, Relator

## Original Proceeding from the 296th Judicial District Court
## Collin County, Texas
## Trial Court Cause No. 296-82970-2022

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of today's date, we **DISMISS** this proceeding for want of jurisdiction.

/s/　BILL PEDERSEN, III
　　　JUSTICE